**Jesse Lee SHAVERS, Jr., Plaintiff–Appellant,**

v.

**D. CLARK; et al., Defendants–Appellees.**

**No. 12–15596.**

United States Court of Appeals, Ninth Circuit.

___

Submitted March 12, 2013.*

Filed March 22, 2013.

Jesse Lee Shavers, Jr., Corcoran, CA, pro se.

Megan R. O'Carroll, Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

California state prisoner Jesse Lee Shavers, Jr., appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging retaliation and failure to protect. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal for failure to exhaust administrative remedies. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed Shavers's action because Shavers failed to exhaust his administrative remedies prior to filing suit. *See Woodford v. Ngo*, 548 U.S. 81, 85, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules); *McKinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir.2002) (per curiam) (requiring

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

exhaustion of administrative remedies prior to filing suit).

**AFFIRMED.**